1   PHILLIP A TALBERT
    Acting United States Attorney
2   DEBORAH LEE STACHEL
    Regional Chief Counsel, Region IX
3   Social Security Administration
    SUNDEEP R. PATEL, CSBN 242284
4   Special Assistant United States Attorney
5           160 Spear Street, Suite 800
            San Francisco, California 94105
6           Telephone:  (415) 977-8981
            Facsimile:  (415) 744-0134
7           E-Mail: Sundeep.Patel@ssa.gov
8   Attorneys for Defendant

9                   UNITED STATES DISTRICT COURT
10                  EASTERN DISTRICT OF CALIFORNIA

11  PATRICK J. MACDONALD,            )
                                     )
12          Plaintiff,               )   Case No. 2:16-cv-1046-EFB
13                                   )
        v.                           )   STIPULATED REQUEST EXTENDING
14                                   )   TIME TO FILE DEFENDANT'S
    CAROLYN COLVIN,                  )   CROSS-MOTION FOR SUMMARY
15  Acting Commissioner of Social Security  )   JUDGMENT AND IN OPPOSITION
                                     )   TO PLAINTIFF'S MOTION FOR
16                                   )   SUMMARY JUDGMENT
                                     )
17          Defendant.               )
    _____        )
18

19
        The parties request that Defendant shall have an additional 30 days, to and including December
20
    23, 2016, in which to file her briefing in opposition to Plaintiff's motion for Summary Judgment.
21
        This Order is sought on the grounds that agency counsel has an arbitration at the end of the
22
    month as well as need to take almost a week of leave this month to tend to his son's medical needs.
23

24

25

26

27

28
    Stipulation for Extension of Time and Proposed Order              1

1   DATED: *November 4, 2016*                    By: /*s/ Marc V. Kalagian* _____
                                                [Authorization by e-mail on November 4, 2016]
2                                               MARC V. KALAGIAN,
3                                               Attorney for Plaintiff

4

5

6

7   Dated: *November 5, 2016*                    PHILLIP A. TALBERT
                                                Acting United States Attorney
8                                               DEBORAH LEE STACHEL
                                                Regional Chief Counsel, Region IX
9                                               Social Security Administration
10
                                            By:  *s/ Sundeep R. Patel*_____
11                                              SUNDEEP R. PATEL
                                                Special Assistant United States Attorney
12                                              Attorneys for Defendant
13

14  IT IS SO ORDERED.
15
    Dated:  November 17, 2016.
16                                              _____
                                                EDMUND F. BRENNAN
17                                              UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

27

28
    Stipulation for Extension of Time and Proposed Order              2