Marc V. Kalagian
Attorney at Law: 149034
Law Offices of Rohlfing & Kalagian, LLP
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel.: (562) 437-7006
Fax: (562) 432-2935
E-mail: rohlfing.kalagian@rksslaw.com

Attorneys for Plaintiff
Patrick J. MacDonald

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK J. MACDONALD,<br><br>Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>Defendant. | Case No.: 2:16-cv-01046-EFB<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

TO THE HONORABLE EDMUND F. BRENNAN, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED, by and between the parties through their undersigned counsel, subject to the approval of the Court, that Patrick J. MacDonald be awarded attorney fees in the amount of Two Thousand Seven Hundred Fifty dollars ($2,750.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

-1-

After the Court issues an order for EAJA fees to Patrick J. MacDonald, the government will consider the matter of Patrick J. MacDonald's assignment of EAJA fees to Marc V. Kalagian. The retainer agreement containing the assignment is attached as exhibit 1. Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2529 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Patrick J. MacDonald, but if the Department of the Treasury determines that Patrick J. MacDonald does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Law Offices of Rohlfing & Kalagian, LLP, pursuant to the assignment executed by Patrick J. MacDonald.[1] Any payments made shall be delivered to Marc V. Kalagian.

This stipulation constitutes a compromise settlement of Patrick J. MacDonald's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Patrick J. MacDonald and/or Marc V. Kalagian including Law Offices of Rohlfing & Kalagian, LLP may have relating to EAJA attorney fees in connection with this action.

This award is without prejudice to the rights of Marc V. Kalagian and/or the Law Offices of Rohlfing & Kalagian, LLP to seek Social Security Act attorney

---

[1] The parties do not stipulate whether counsel for the plaintiff has a cognizable lien under federal law against the recovery of EAJA fees that survives the Treasury Offset Program.

-2-

fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

DATE: November 13, 2017　　　Respectfully submitted,

　　　　　　　　　　　LAW OFFICES OF ROHLFING & KALAGIAN, LLP

　　　　　　　　　　　　　　　/s/ *Marc V. Kalagian*
　　　　　　　　　　　BY:_____
　　　　　　　　　　　　Marc V. Kalagian
　　　　　　　　　　　　Attorney for plaintiff Patrick J. MacDonald

DATED: November 13, 2017　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　/s/ *Sundeep Patel*
　　　　　　　　　　　BY:_____
　　　　　　　　　　　　SUNDEEP PATEL
　　　　　　　　　　　　Special Assistant United States Attorney
　　　　　　　　　　　　Attorneys for Defendant NANCY A.
　　　　　　　　　　　　BERRYHILL, Acting Commissioner of Social
　　　　　　　　　　　　Security (Per e-mail authorization)

**ORDER**

　　Approved and so ordered.

DATED: November 16, 2017.

　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

-3-